**Electronically Filed
Supreme Court
SCWC-23-0000715
17-JAN-2025
07:52 AM
Dkt. 18 ODAC**

SCWC-23-0000715

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

THAD JARVIS THOMPSON,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000715; CASE NO. 1CPC-20-0001071)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Thad Jarvis Thompson's Application for Writ

of Certiorari, filed on December 2, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 17, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

